IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 2:95CR193 |
| | ) | |
| ROBERT L. WINFIELD ET AL | ) | |

<u>PRAECIPE FOR ENTRY OF APPEARANCE</u>

TO THE CLERK:

Please enter the appearance of Brian J. Samuels, Assistant United States Attorney in the Eastern District of Virginia, as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

//s//
_____
Brian J. Samuels, AUSA
VA State Bar #65898
Attorney for the Government
United States Attorney's Office
11815 Fountain Way, Suite. 200
Newport News, Virginia 23606
Phone:  (757) 591-4000
Fax:  (757) 591-0866
email:  brian.samuels@usdoj.gov